UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNIFER JONES<br><br>      Plaintiff,<br><br>  v.<br><br>CSAA INSURANCE EXCHANGE<br><br>      Defendant. | CIVIL ACTION NO: 1:17-cv-3998 |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and between the undersigned parties to this action, that the instant proceeding be dismissed, *with prejudice*, and without any award of costs or fees to either party.

      Respectfully submitted this 29th day of March, 2018,

| | |
|---|---|
| */s/ Daniel A. Horowitz*<br>Daniel A. Horowitz Esq.<br>SWARTZ SWIDLER, LLC<br>1101 King's Highway North<br>Suite 402<br>Cherry Hill, NJ 08034 | */s/ C. Robert Sturm*<br>C. Robert Sturm<br>CSAA Insurance Group<br>3055 Oak Road<br>MS W280<br>Walnut Creek, CA 94597 |